**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| JOSEPH R. BUZINSKI | FILED: JULY 12, 2008 |
| | 08CV3966 |
| V. | JUDGE NORDBERG |
| AMERICAN AIRLINES, INC. | MAGISTRATE JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
YM
Plaintiff, JOSEPH R. BUZINSKI

| | |
|---|---|
| NAME (Type or print) <br> JAMES T. FOLEY | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ James T. Foley | |
| FIRM <br> FOLEY LAW GROUP, LLC. | |
| STREET ADDRESS <br> 580 Oakmont Lane | |
| CITY/STATE/ZIP <br> Westmont, Illinois 60659 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6224939 | TELEPHONE NUMBER <br> (630) 908-3508 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |